# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

H&H MANUFACTURING COMPANY, INC. : No. 507 MAL 2019
AND VINCENT H. TOMEI :
:
: Petition for Allowance of Appeal
v. : from the Order of the Superior Court
:
:
THOMAS R. TOMEI AND JEANETTE M. :
TOMEI :
:
:
v. :
:
:
JAMES F. FLANDREAU, ESQUIRE, :
EXECUTOR AD LITEM FOR THE ESTATE :
OF MARIE L. TOMEI, DECEASED :
:
:
PETITION OF: H&H MANUFACTURING :
COMPANY, INC. AND VINCENT H. TOMEI :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of February, 2020, the Petition for Allowance of Appeal is **DENIED**.